FILED
2008 AUG -6 PM 3:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 2583 W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF RELATED CASE |
| ) | |
| JUAN RUBEN PRIETO-APARICIO, ) | |
| ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Juan Ruben Prieto-Aparicio, Criminal Case No. 08CR2415-GT.

DATED: August 6, 2008.

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney