1  KAREN P. HEWITT
   United States Attorney
2  DOUGLAS KEEHN
   Assistant U.S. Attorney
3  California Bar. No. 233686
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-6549
   Fax: (619) 557-6741
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA          )  Criminal Case No. 08CR2583-W
                                      )
11                Plaintiff,          )  HEARING DATE:    September 15, 2008
                                      )  TIME:            2:00 p.m.
12         v.                         )
                                      )  UNITED STATES' MOTIONS FOR:
13                                    )  (1) RECIPROCAL DISCOVERY; AND
                                      )  (2) FINGERPRINT EXEMPLARS.
14  JUAN RUBEN PRIETO-APARICIO,       )
                                      )
15                Defendant.          )  TOGETHER WITH MEMORANDUM OF
                                      )  POINTS AND AUTHORITIES
16                                    )
                                      )
17  _____  )

18        COMES NOW the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel,

19  KAREN P. HEWITT, United States Attorney, and Douglas Keehn, Assistant United States Attorney,

20  and hereby files its Motions for Reciprocal Discovery and Fingerprint Exemplars.  These Motions are

21  based upon the files and records of the case together with the attached memorandum of points and

22  authorities.

23  //

24  //

25  //

26  //

27  //

28  //

1

**I**

2

**STATEMENT OF THE CASE**

3       On August 6, 2008, an Indictment was returned in the Southern District of California charging

4   Defendant Juan Ruben Prieto-Aparicio ("Defendant") with unlawful attempted re-entry into the United

5   States, in violation of 8 U.S.C. § 1326(a) and (b).  On August 14, 2008, the Court arraigned Defendant

6   on the Indictment and Defendant entered a "not guilty" plea.  The Court scheduled a motion hearing date

7   for September 15, 2008.

8

**II**

9

**THE UNITED STATES' MOTION FOR
RECIPROCAL DISCOVERY SHOULD BE GRANTED**

10

11       The United States provided discovery on July 8, 2008.  The United States requests that

12   Defendant comply with Rule 16(b) of the Federal Rules of Criminal Procedure, as well as Rule 26.2

13   which requires the production of prior statements of all witnesses, except for those of Defendant.  The

14   United States will object at trial and ask this Court to suppress any evidence at trial which has not been

15   provided to the United States.

16

**III**

17

**THE UNITED STATES' MOTION FOR
FINGERPRINT EXEMPLARS SHOULD BE GRANTED**

18

19       Part of the United States' burden of proof in this case is to satisfy the jury that Defendant was

20   an alien, previously deported, and without permission to reenter the United States.  To make that

21   showing, the United States may call an expert in fingerprint identification to match Defendant's

22   fingerprints to relevant evidence.  The most efficient and conclusive manner of establishing this

23   information is to permit the expert witness himself to take a set of Defendant's fingerprints for

24   comparison.

25       A defendant's fingerprints are not testimonial evidence.  See Schmerber v. California, 384 U.S.

26   757 (1966).  Using identifying physical characteristics, such as fingerprints, does not violate a

27   defendant's Fifth Amendment right against self-incrimination.  United States v. DePalma, 414 F.2d 394,

28   397 (9th Cir. 1969); Woods v. United States, 397 F.2d 156 (9th Cir. 1968); see also United States v. St.

1  Onge, 676 F. Supp. 1041, 1043 (D. Mont. 1987).  The United States therefore requests that this Court

2  order that Defendant make himself available for fingerprinting by the United States.

3                                                    **IV**

4                                              **CONCLUSION**

5         For the foregoing reasons, the United States respectfully requests that the Court grant its motions

6  for reciprocal discovery and fingerprint exemplars.

7         DATED: September 8, 2008                    Respectfully submitted,

8                                                     KAREN P. HEWITT
                                                      United States Attorney
9

10                                                    *s/ Douglas Keehn*
                                                      DOUGLAS KEEHN
11                                                    Assistant United States Attorney
                                                      Attorneys for Plaintiff
12                                                    United States of America

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR2583-W |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| JUAN RUBEN PRIETO-APARICIO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, DOUGLAS KEEHN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of United States' Motions for (1) reciprocal discovery and (2) fingerprint exemplars, together with memorandum of points and authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.      Kris J. Kraus, Esq.
         Attorney for Defendant

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

        None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2008.

                                        *s/ Douglas Keehn*
                                        DOUGLAS KEEHN